[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 436.]

THE STATE EX REL. STROTHERS, APPELLANT, *v.* GORDEN, MAYOR, APPELLEE.

[Cite as *State ex rel. Strothers v. Gorden*, 1998-Ohio-28.]

*Court of appeals' judgment affirmed.*

(No. 98-1208—Submitted August 19, 1998—Decided October 28, 1998.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 73910.

————————————

*Gerald O. Strothers, Jr., pro se.*

————————————

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————